LONG v. MENU FOODS INCOME FUND et al    Doc. 2
Case 1:07-cv-01624-NLH-AMD    Document 2    Filed 04/10/2007    Page 1 of 6
Case 1:33-av-00001    Document 828-2    Filed 04/06/2007    Page 1 of 6

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

MATT LONG, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

MENU FOODS INCOME FUND; MENU FOODS LIMITED; MENU FOODS HOLDINGS, INC.; MENU FOODS, INC. and MENU FOODS MIDWEST CORPORATION, CHEMNUTRA, INC.,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07cv1624 (NLH)

TO: (Name and address of Defendant) MENU FOODS INCOME FUND

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFFS' ATTORNEY (name and address)

Lisa J. Rodriguez/Donna Siegel Moffa
Trujillo Rodriguez & Richards, LLC
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH    4/10/07

CLERK    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

MATT LONG, on behalf of himself
and all others similarly situated,

          Plaintiff,

v.

MENU FOODS INCOME FUND; MENU
FOODS LIMITED; MENU FOODS
HOLDINGS, INC.; MENU FOODS, INC. and
MENU FOODS MIDWEST CORPORATION,
CHEMNUTRA, INC.,

          Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07CV1624 (NLH)

TO: (Name and address of Defendant) MENU FOODS LIMITED

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFFS' ATTORNEY (name and address)

    Lisa J. Rodriguez/Donna Siegel Moffa
    Trujillo Rodriguez & Richards, LLC
    8 Kings Highway West
    Haddonfield, NJ 08033
    (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH            4/10/07

CLERK                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

MATT LONG, on behalf of himself
and all others similarly situated,

        Plaintiff,

v.

MENU FOODS INCOME FUND; MENU
FOODS LIMITED; MENU FOODS
HOLDINGS, INC.; MENU FOODS, INC. and
MENU FOODS MIDWEST CORPORATION,
CHEMNUTRA, INC.,

        Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07cv1624(NLH)

TO: (Name and address of Defendant) MENU FOODS HOLDINGS, INC.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFFS' ATTORNEY (name and address)

    Lisa J. Rodriguez/Donna Siegel Moffa
    Trujillo Rodriguez & Richards, LLC
    8 Kings Highway West
    Haddonfield, NJ 08033
    (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 4/10/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   New Jersey

MATT LONG, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

MENU FOODS INCOME FUND; MENU FOODS LIMITED; MENU FOODS HOLDINGS, INC.; MENU FOODS, INC. and MENU FOODS MIDWEST CORPORATION, CHEMNUTRA, INC.,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07cv1624 (NLH)

TO: (Name and address of Defendant)  MENU FOODS, INC.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFFS' ATTORNEY (name and address)

    Lisa J. Rodriguez/Donna Siegel Moffa
    Trujillo Rodriguez & Richards, LLC
    8 Kings Highway West
    Haddonfield, NJ 08033
    (856) 795-9002

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH                     4/10/07
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __New Jersey__

MATT LONG, on behalf of himself
and all others similarly situated,

          Plaintiff,

v.

MENU FOODS INCOME FUND; MENU
FOODS LIMITED; MENU FOODS
HOLDINGS, INC.; MENU FOODS, INC. and
MENU FOODS MIDWEST CORPORATION,
CHEMNUTRA, INC.,

          Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07cv1624 (NLH)

TO: (Name and address of Defendant)   MENU FOODS MIDWEST CORPORATION

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFFS' ATTORNEY (name and address)

    Lisa J. Rodriguez/Donna Siegel Moffa
    Trujillo Rodriguez & Richards, LLC
    8 Kings Highway West
    Haddonfield, NJ 08033
    (856) 795-9002

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH           4/10/07

CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __New Jersey__

MATT LONG, on behalf of himself
and all others similarly situated,

        Plaintiff,

v.

MENU FOODS INCOME FUND; MENU
FOODS LIMITED; MENU FOODS
HOLDINGS, INC.; MENU FOODS, INC. and
MENU FOODS MIDWEST CORPORATION,
CHEMNUTRA, INC.,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07cv1624 NLH

TO: (Name and address of Defendant) CHEMNUTRA, INC.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFFS' ATTORNEY (name and address)

    Lisa J. Rodriguez/Donna Siegel Moffa
    Trujillo Rodriguez & Richards, LLC
    8 Kings Highway West
    Haddonfield, NJ 08033
    (856) 795-9002

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**

CLERK

DATE 4/10/07

(By) DEPUTY CLERK