

# ROAD RUNNER COURIER SERVICE INC.
P.O. Box #408
Collingswood, NJ 08108-0408
Office (856) 858-2700
Fax (856) 858-7820

Docket# 07-cv-1624

Case Name: Matt Long v. Menu Foods Income Fund, et al.

## SUMMONS & COMPLAINT

## AFFIDAVIT/ PROOF OF SERVICE

DATE: 4-13-07 4:40AM

PLACE (NAME & ADDRESS): Menu Foods Inc. 820 Bear Tavern, Trenton, NJ

SERVED ON (Print Name & Title): M. Phillips - Receptionist

(Manner of Service): Hand deliver

Served by (Print Name): Charles Compton

Title: Courier

## DECLARATION OF SERVER

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made are willfully false, I am subject to punishment.

Executed on: 4-13-07

Charles Compton
Signature of Server
316 Haddon Ave.
Westmont, NJ 08108



# ROAD RUNNER COURIER SERVICE INC.
P.O. Box #408
Collingswood, NJ 08108-0408
Office (856) 858-2700
Fax (856) 858-7820

RECEIVED
APR 1 9 2007
BY: ..........................

PICKUP TIME: _____

1. CASE FILE#/ PO #: Menu Foods (Long)
2. ATTORNEY NAME/CONTACT PERSON: Andrea
(TO ENSURE ACCURATE BILLINGS PLEASE COMPLETE LINES 1&2)

**CLIENT NAME:** Rodriquez & Richards
**ADDRESS:** 8 Kings Hwy. West
**CITY, STATE, ZIP:** Haddonfield, NJ 08033
856-795-9002

ITEM DESCRIPTION: Summons & complaint   # OF BOXES OR PARCELS: env
PICK-UP CONTACT PERSON/ATTN: _____
COMPANY/FIRM: _____
ADDRESS: _____
CITY: _____ STATE: _____ ZIP: _____
TELEPHONE ( ) ___-____

**DESTINATION** CONTACT PERSON/ATTN: Menu Foods, Inc.
COMPANY/FIRM: c/o Corporation Trust Company
ADDRESS: 820 Bear Tavern Road
CITY: Trenton   STATE: NJ   ZIP: _____
TELEPHONE ( ) ___-____

**RECIPIENT SIGNATURE:** (X) M Phillips   M Phillips
DATE: _____ TIME: _____

**SPECIAL INSTRUCTIONS:** Pls. return the proof of service

*********************************************************************
(FOR DRIVER USE ONLY)
**DRIVER SIGNATURE:** _____
**DATE:** 4-13-07   **TIME:** 4:10
**WAITING TIME:** _____ X $.50/minute

**RETURN COPIES?** YES or NO (CIRCLE ONE)
**PARCEL RETURNED:** SIGNATURE OF RECIPIENT: _____
**DATE** _____ AND TIME: _____

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __New Jersey__

| | |
|---|---|
| MATT LONG, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> MENU FOODS INCOME FUND; MENU FOODS LIMITED; MENU FOODS HOLDINGS, INC.; MENU FOODS, INC. and MENU FOODS MIDWEST CORPORATION, CHEMNUTRA, INC., <br><br> Defendants. | **SUMMONS IN A CIVIL ACTION** <br><br> CASE NUMBER: 07CV1624 (NLH) |

TO: (Name and address of Defendant) MENU FOODS, INC.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFFS' ATTORNEY (name and address)

   Lisa J. Rodriguez/Donna Siegel Moffa
   Trujillo Rodriguez & Richards, LLC
   8 Kings Highway West
   Haddonfield, NJ 08033
   (856) 795-9002

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

(By) DEPUTY CLERK

DATE 4/10/07