Matt Long, et. al., Plaintiff(s)
vs.
Menu Foods Income Fund, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-

APS File #: 062754-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
—Menu Foods Holdings, Inc., c/o The Corporation Trust Company Agent
Court Case No. 07CV1624(NLH)

TRUJILLO, RODRIGUEZ & RICHARDS
Ms. Andrea Brown
8 Kings Highway West
Haddonfield, NJ 08033

State of: DELAWARE ) ss.
County of: NEW CASTLE )

**Name of Server:** ADAM GOLDEN, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 18th day of April, 20 07, at 3:05 o'clock P.M

**Place of Service:** at Corporation Trust Center 1209 Orange Street, in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Notice of Electronic Filing

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Menu Foods Holdings, Inc., c/o The Corporation Trust Company Agent

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: SCOTT LASCALA

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color W; Hair Color BROWN; Facial Hair
Approx. Age 30's; Approx. Height 6'; Approx. Weight 230 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.
4/18/07
Signature of Server

Subscribed and sworn to before me this 18th day of April
Notary Public (Commission Expires)
EXPIRES MARCH 14, 2011

APS International, Ltd.

Dockets.Justia.com

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

| | |
|---|---|
| MATT LONG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MENU FOODS INCOME FUND; MENU FOODS LIMITED; MENU FOODS HOLDINGS, INC.; MENU FOODS, INC. and MENU FOODS MIDWEST CORPORATION, CHEMNUTRA, INC.,<br><br>Defendants. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER: 07cv1624(NLH) |

TO: (Name and address of Defendant)  MENU FOODS HOLDINGS, INC.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

  Lisa J. Rodriguez/Donna Siegel Moffa
  Trujillo Rodriguez & Richards, LLC
  8 Kings Highway West
  Haddonfield, NJ 08033
  (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _____   DATE  4/10/07

(By) DEPUTY CLERK