Matt Long, et. al., Plaintiff(s)
vs.
Menu Foods Income Fund, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 082757-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Menu Foods Midwest Corporation
Court Case No. 07-1624

TRUJILLO, RODRIGUEZ & RICHARDS
Ms. Donna S. Moffa
8 Kings Highway West
Haddonfield, NJ 08033

State of: __Kansas__ ) ss.
County of: __Shawnee__ )

**Name of Server:** __Terry Breese__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __20th__ day of __April__, 2007, at __3:30__ o'clock __P__ M

**Place of Service:** at __1400 East Logan Avenue__, in __Emporia, KS 66801__

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Notice of Electronic Filing**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Menu Foods Midwest Corporation**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Steve Lindsay- VP of Opns.__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair __None__
Approx. Age __45-50__ ; Approx. Height __5'8"__ ; Approx. Weight __180 lbs.__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Terry Breese_
Signature of Server

Subscribed and sworn to before me this __21__ day of __April__, 20 __07__

_Brett Lackey_ 4-9-2008
Notary Public (Commission Expires)

**APS International, Ltd.**

Brett Lackey
Notary Public
State of Kansas
My Appt. Expires 4-9-2008

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __New Jersey__

| | |
|---|---|
| MATT LONG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MENU FOODS INCOME FUND; MENU FOODS LIMITED; MENU FOODS HOLDINGS, INC.; MENU FOODS, INC. and MENU FOODS MIDWEST CORPORATION, CHEMNUTRA, INC.,<br><br>Defendants. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER:<br><br>07cv1624 (NLH) |

TO: (Name and address of Defendant)   MENU FOODS MIDWEST CORPORATION

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

   Lisa J. Rodriguez/Donna Siegel Moffa
   Trujillo Rodriguez & Richards, LLC
   8 Kings Highway West
   Haddonfield, NJ 08033
   (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**                                   4/10/07
CLERK                                                  DATE

(By) DEPUTY CLERK