Matt Long, et. al., Plaintiff(s)
vs.
Menu Foods Income Fund, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-

APS File #: 082757-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--ChemNutra, Inc.
Court Case No. 07-1624

TRUJILLO, RODRIGUEZ & RICHARDS
Ms. Donna S. Moffa
8 Kings Highway West
Haddonfield, NJ 08033

State of: **Nevada** ) ss.
County of: **Clark** )

Name of Server: **Tracy Shropshire**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **18** day of **April**, 20 **07**, at **12:51** o'clock **P** M

Place of Service: at 810 S. Durango Drive Ste. ~~218~~ **102**, in Las Vegas, NV 89145

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Notice of Electronic Filing**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
ChemNutra, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Stephanie Bitters (Controller)**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **Cau**; Hair Color **Bro**; Facial Hair **n/a**
Approx. Age **25-30**; Approx. Height **5'9"**; Approx. Weight **130**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Shropshire**
Signature of Server

Subscribed and sworn to before me this **20** day of **April**, 20 **07**

**L E Whitehead**
Notary Public     (Commission Expires)

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
L. E. WHITEHEAD
Appt. No. 99-50831-1
My Appt. Expires Nov. 30, 2007

**APS International, Ltd.**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

| | |
|---|---|
| MATT LONG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MENU FOODS INCOME FUND; MENU FOODS LIMITED; MENU FOODS HOLDINGS, INC.; MENU FOODS, INC. and MENU FOODS MIDWEST CORPORATION, CHEMNUTRA, INC.,<br><br>Defendants. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER:<br><br>07cv1624 NLH |

TO: (Name and address of Defendant) CHEMNUTRA, INC.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

Lisa J. Rodriguez/Donna Siegel Moffa
Trujillo Rodriguez & Richards, LLC
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**

CLERK _____   DATE  4/10/07

(By) DEPUTY CLERK