**MORRISON MAHONEY LLP**
**Christopher E. Martin, Esq. (CM-6852)**
**Waterview Plaza**
**2001 U.S. Highway 46 East, Suite 200**
**Parsippany, New Jersey 07054**
**Tel (973) 257-3526**
**Fax (973) 257-3527**
**Attorneys for Defendant, Chemnutra, Inc.**

| | |
|---|---|
| MATT LONG on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS INCOME FUND; MENU FOODS LIMITED; MENU FOODS HOLDINGS, INC.; MENU FOODS INC.; AND MENU FOODS MIDWEST CORPORATION; CHEMNUTRA, INC.,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No. 07-cv-1624<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED** and agreed by and between the attorneys for Defendant, Chemnutra, Inc., and the attorneys for the Plaintiff, Matt Long, that the time within which the Defendant may file a responsive pleading to the Complaint is hereby extended for a period of thirty (30) days from the date this Stipulation is filed.

| | |
|---|---|
| TRUJILLO RODRIGUEZ & RICHARDS, LLC<br>Attorneys for Plaintiff,<br>Matt Long<br><br>_____<br>Donna Siegel Moff, Esq.<br>Dated: 5/4/07 | MORRISON MAHONEY LLP<br>Attorneys for Defendant,<br>Chemnutra, Inc.<br><br>_____<br>Christopher E. Martin, Esq.<br>Dated: _____ |

880558v1

Dockets.Justia.com